GAGE COUNTY V. ED. J. WILSON, DEPUTY SHERIFF.

FILED NOVEMBER 8, 1893.   NO. 6427.

Counties: LIABILITY FOR PAYMENT OF SALARY OF DEPUTY
    SHERIFF.   The county judge, clerk, treasurer, and sheriff,
    where the fees exceed the amount fixed by statute, and are au-
    thorized to appoint a deputy or deputies, may, in addition to
    their own salary, retain from the fees of their respective office
    "such amount as may be necessary to pay the salaries of such
    deputies or assistants as the same shall be fixed by the county
    board; but in no instance shall such officers receive more than
    the fees by them respectively and actually collected, nor shall
    any money be retained for deputy service unless the same be
    actually paid to such deputy for his services."   The county
    is not liable for the deputy's salary.   It is to be paid out of the
    fees of the particular office.

ERROR from the district court of Gage county.   Tried
below before BUSH, J.

R. W. Sabin, for plaintiff in error, cited: Albertson v.
State, 9 Neb., 430; Ryan v. State, 5 Neb., 276; State v.
Ream, 16 Neb., 684; Ragoss v. Cuming County, 36 Neb.,
375.

Alfred Hazlett, contra.

MAXWELL, C. J.

This action was brought by the defendant in error against
Gage county for salary as deputy sheriff from September
7, 1892, to July 7, 1893, a period of ten months, at $75
per month.   The claim was rejected by the county board,
but on appeal to the district court was allowed and judg-
ment rendered accordingly.   The right of defendant in er-
ror to recover depends upon the construction given to sec-
tion 3043, Cobbey's Statutes.   It is there provided that the
officer "may retain such amount as may be necessary to pay

the salaries of such deputies or assistants as the same shall be fixed by the board; but in no instance shall such officers receive more than the fees by them respectively and actually collected, nor shall any money be retained for deputy service unless the same be actually paid to such deputy for his services." Under this statute the principal is to pay the salary of the deputy. He collects the fees pertaining to his office, and is authorized to retain a certain amount in payment of his own salary, a certain other amount for the payment of the salary of each of his deputies, and the surplus, if any there be, is to be paid into the county treasury. The county is not liable to the deputy for his salary. The judgment of the district court is reversed and the order of the county board rejecting the claim

AFFIRMED.